UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

* * * * * * * * * * * * *

NICOLE KOZAL,

   Plaintiff,

v

CHIPPEWA COUNTY, MICHAEL D. BITNAR, in his official capacity, AMANDA VAUGHN, SHADOW LUZIER, LINDY WAITE and AARON KINSELLA, in their individual capacities,

   Defendants,

HON. PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

FILE NO. 2:21-cv-00031-PLM-MV

MAG. JUDGE MAARTEN VERMAAT

---

JENNIFER G. DAMICO (P51403)
BUCKFIRE LAW FIRM
Attorneys for Plaintiff
29000 Inkster Road, Suite 150
Southfield, Michigan 48034
(248) 569-4646
Fax (248) 569-6737
jennifer@buckfirelaw.com

Gregory R. Grant (P68808)
CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.
Attorneys for Defendants
310 W. Front Street, Ste. 221
Traverse City, MI 49684
(231) 922-1888/(231) 922-9888 Fax
ggrant@cmda-law.com

---

## STIPULATION AND ORDER OF DISMISSAL

NOW COME the parties herein, by and through their respective counsel, and hereby stipulate and agree that Defendants, CHIPPEWA COUNTY, MICHAEL D. BITNER, AMANDA VAUGHN, SHADOW LUZIER, LINDY WAITE and AARON KINSELLA, shall be dismissed from this lawsuit with prejudice, without costs and without attorney fees to any party. This resolves the last pending claims and closes the case.

| | |
|---|---|
| Dated: April 26, 2022 | BUCKFIRE LAW FIRM<br><br>/s/ Jennifer G. Damico<br>Jennifer G. Damico (P51403)<br>Attorneys for Plaintiff |
| Dated: April 26, 2022 | CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.<br><br>/s/ Gregory R. Grant<br>Gregory R. Grant (P68808)<br>Attorneys for Defendants |

## ORDER OF DISMISSAL

At a session of said Court held on the  27th  day of  April , 2022

PRESENT:   HONORABLE PAUL L. MALONEY
U.S. DISTRICT COURT JUDGE

Having read and filed the above Stipulation, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the Plaintiff's Complaint and all amendments thereto, as to Defendants, CHIPPEWA COUNTY, MICHAEL D. BITNER, AMANDA VAUGHN, SHADOW LUZIER, LINDY WAITE and AARON KINSELLA, be and the same hereby are dismissed with prejudice, without costs and without attorney fees to any party. This resolves the last pending claim and closes the case.

/s/ Paul L. Maloney
PAUL L. MALONEY, U.S. District Judge
Dated: _____